**Steven WIERZBA, Plaintiff—Appellant,**

v.

**QUALITY LOAN SERVICE, CORPORATION; et al., Defendants—Appellees.**

**No. 10–16034.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 8, 2011.

Steven Wierzba, Oakland, CA, pro se.

Renee Reyes De Golier, Seth Michael Harris, McCarthy & Holthus, San Diego, CA, Theodore E. Bacon, Esquire, Patrick A. Cathcart, Esquire, Adorno Yoss Alvarado & Smith, Los Angeles, CA, for Defendants–Appellees.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

**MEMORANDUM \*\***

Steven Wierzba appeals pro se from the district court's order dismissing his action arising out of foreclosure proceedings. We dismiss the appeal for lack of jurisdiction.

The district court dismissed two claims in Wierzba's amended complaint without prejudice and granted leave to amend.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Rather than filing a second amended complaint or obtaining a final order of dismissal from the district court, Wierzba filed a notice of appeal. We therefore lack jurisdiction. *See WMX Techs., Inc. v. Miller,* 104 F.3d 1133, 1136–37 (9th Cir.1997) (en banc) (a dismissal with leave to amend is not a final order).

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.